IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL WILLIAMS

          Petitioner,              No. CIV S-08-0179 GEB EFB P

     vs.

ROSEANNE CAMPBELL, et al.

          Respondents.        <u>ORDER</u>

_____/

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court sitting in Fresno.  Local Rule 3-120(d).

       Accordingly, it is hereby ordered that:

       1.  This action is transferred to the district court sitting in Fresno.  *See* Local Rule 3-120(f).

       2.  The Clerk of Court shall assign a new case number.

*/////*

*/////*

1

3.  The Clerk shall give notice to petitioner of the new case number and all future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  March 6, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2